**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:                                                    CASE NO. 04-14984; SEC A
DIANE ALLEN                                               CHAPTER 13

**ADEQUATE PROTECTION ORDER**

Considering the hearing scheduled for December 21, 2004 on the Motion for Relief filed on

behalf of GMAC MORTGAGE CORPORATION ("Creditor") and the agreement between parties:

**IT IS HEREBY ORDERED** that Debtor, DIANE ALLEN   ("Debtor"), shall pay to

GMAC MORTGAGE CORPORATION, $786.05 on or before December 21, 2004, in

CERTIFIED FUNDS, which represents the monthly mortgage payment for October 2004.

**IT IS FURTHER ORDERED** that the Debtor's attorney shall file a Modified Chapter 13

plan on or before December 21, 2004.  Said plan is to reflect the amount of the pre-petition

arrearage of $8,175.01 owed to GMAC MORTGAGE CORPORATION, to include the post-

petition arrears of $2,359.76, which represents the November 2004 through and including

December 2004, post petition payments, late charges and, attorney fees and costs of $700.00,

showing a total arrearage claim of $10,534.77.

**IT IS FURTHER ORDERED** that the debtor shall thereafter pay the regular monthly

mortgage payments on a timely basis in accordance with the note and mortgage beginning with the

January 1, 2005 installment.

**IT IS FURTHER ORDERED** that in the event the Debtor, DIANE ALLEN fails to abide

by this Adequate Protection Order, their Modified Chapter 13 Plan, to hereafter timely make their

payments to GMAC MORTGAGE CORPORATION, which shall survive until vacated or this

case is dismissed or should the Debtor convert their case to a Chapter 7, then GMAC

MORTGAGE CORPORATION shall be entitled to **ex parte** relief from the automatic stay upon

04-14984-A

presentation of an affidavit of an officer or employee of GMAC MORTGAGE CORPORATION

or its successor establishing such default 30 days thereafter, thereby allowing GMAC

MORTGAGE CORPORATION or its successor to foreclose immediately on the property securing

the claim of GMAC MORTGAGE CORPORATION, which property bears the municipal address

of 2716 WOODMERE BLVD, HARVEY, Louisiana 70058.

    This order shall survive after the present plan default has cured.


    New Orleans, Louisiana, January 19, 2005.

                   _____
                   Douglas D. Dodd
                   U.S. Bankruptcy Judge


DEAN MORRIS, L.L.P.                Mary M Taylor
1820 Avenue of America           3525 N Causeway Blvd #708
P. O. Box 15270                   Metairie, LA 70002
Monroe, LA  71207-5270
 (318) 388-1440

By:  /S/ P. HERMAN WESSELS     By:  /S/ MARY M. TAYLOR
P. Herman Wessels (Bar # 26748)   Mary M Taylor
Attorney for Creditor             Attorney for Debtor,
                              DIANE ALLEN